IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CR119-0047

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| | ) | 21 U.S.C. § 846 |
| V. | ) | Conspiracy to Possess With |
| | ) | Intent to Distribute and to |
| WALKER CHRISTIAN FORRESTER | ) | Distribute Controlled |
| | ) | Substances |
| KOLBIE HADDEN WATTERS | ) | |
| | ) | 21 U.S.C. § 856(a)(1) |
| JONATHAN BRITT LESTER | ) | Using Or Maintaining A Drug |
| | ) | Premises |
| ARMAND SANANDA SAEDI | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| LARRY OVERTON | ) | Possession With Intent to |
| | ) | Distribute Controlled |
| MORGAN MCKENZIE SLATON | ) | Substances |
| | ) | |
| | ) | 18 U.S.C. § 924(c) |
| | ) | Possession of a Firearm in |
| | ) | Furtherance of a Drug |
| | ) | Trafficking Crime |
| | ) | |
| | ) | 26 U.S.C. § 5861(d) |
| | ) | Possession of an Unregistered |
| | ) | Firearm |
| | ) | |
| | ) | 18 U.S.C. § 1956(h) |
| | ) | Conspiracy To Commit Money |
| | ) | Laundering |
| | ) | |

THE GRAND JURY CHARGES THAT:

COUNT ONE

*Conspiracy to Possess With Intent to Distribute
and to Distribute Controlled Substances (Carfentanil, Alprazolam, and Marijuana)*
21 U.S.C. § 846

1

Beginning on a date at least as early as January 1, 2016, up to and including the return date of this indictment, the precise dates being unknown, in the Southern, Middle and Northern Districts of Georgia, and elsewhere, the defendants,

**WALKER CHRISTIAN FORRESTER**

**KOLBIE HADDEN WATTERS**

**JONATHAN BRITT LESTER**

**ARMAND SANANDA SAEDI**

**LARRY OVERTON**

**MORGAN MCKENZIE SLATON**

aided and abetted by each other and by others known and unknown, with some joining the conspiracy earlier and others joining later, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown, to possess with intent to distribute and to distribute controlled substances, those are, Carfentanil, Schedule II; an amount of Alprazolam, Schedule IV; and an amount of Marijuana, Schedule I.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

**Type and Quantity of Controlled Substances of the Conspiracy**

A.   With respect to **WALKER CHRISTIAN FORRESTER**, as a result of his own conduct, and the conduct of other conspirators, it was reasonably foreseeable to him that this conspiracy involved 100 grams or more of a mixture containing a detectable amount of an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as Carfentanil), an amount of Alprazolam, and an amount Marijuana in violation of Title 21, United States Code, 841(b)(1)(A).

2

B. With respect to **KOLBIE HADDEN WATTERS**, as a result of his own conduct, and the conduct of other conspirators, it was reasonably foreseeable to him that this conspiracy involved 100 grams or more of a mixture containing a detectable amount of an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as Carfentanil), an amount of Alprazolam, and an amount Marijuana, in violation of Title 21, United States Code, 841(b)(1)(A).

C. With respect to **JONATHAN BRITT LESTER,** as a result of his own conduct, and the conduct of other conspirators, it was reasonably foreseeable to him that this conspiracy involved 100 grams or more of a mixture containing a detectable amount of an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as Carfentanil) and an amount Alprazolam, in violation of Title 21, United States Code, 841(b)(1)(A).

D. With respect to **ARMAND SANANDA SAEDI**, as a result of his own conduct, and the conduct of other conspirators, it was reasonably foreseeable to him that this conspiracy involved Alprazolam, in violation of Title 21, United States Code, 841(b)(1)(D).

E. With respect to **LARRY OVERTON** , as a result of his own conduct, and the conduct of other conspirators, it was reasonably foreseeable to him that this conspiracy involved Alprazolam, in violation of Title 21, United States Code, 841(b)(1)(D).

F.     With respect to **MORGAN MCKENZIE SLATON**, as a result of her own conduct, and the conduct of other conspirators, it was reasonably foreseeable to her that this conspiracy involved Alprazolam, in violation of Title 21, United States Code, 841(b)(1)(D).

## COUNT TWO
*Using Or Maintaining A Drug Premises*
21 U.S.C. § 856(a)(1)

Between on or about April 1, 2017 through October 27, 2017, the exact dates being unknown, in the Southern District of Georgia, the defendants,

**WALKER CHRISTIAN FORRESTER**

**KOLBIE HADDEN WATTERS**

**LARRY OVERTON**

did unlawfully and knowingly use and maintain a place, that is: 5423 Heaton Road, SE, Harlem, Georgia, for the purpose of manufacturing and using controlled substances.

All in violation of Title 21, United States Code, Section 856(a)(1).

## COUNT THREE
*Possess With Intent to Distribute a Controlled Substance (Alprazolam)*
21 U.S.C. § 841(a)(1)

On or about November 28, 2017, in Columbia County, within the Southern District of Georgia, the defendants,

**WALKER CHRISTIAN FORRESTER**

**KOLBIE HADDEN WATTERS**

aided and abetted by each other and by others known and unknown, did knowingly and intentionally possess with intent to distribute alprazolam, a Schedule IV controlled substance, and marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOUR
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about November 28, 2017, in Columbia County, within the Southern District of Georgia, the defendants,

**WALKER CHRISTIAN FORRESTER**

**KOLBIE HADDEN WATTERS**

did knowingly possess a firearm, to wit, a Antonio Zoli, Model Golden Snipe, 12 gauge shotgun, having a barrel of less than 18 inches in length, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Three of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT FIVE
*Possession of an Unregistered Firearm*
26 U.S.C. § 5861(d)

On or about November 28 2017, in Columbia County, within the Southern District of Georgia, the defendants,

**WALKER CHRISTIAN FORRESTER**

**KOLBIE HADDEN WATTERS**

knowingly possessed a firearm, that is an Antonio Zoli, Model Golden Snipe, 12 gauge shotgun, having a barrel of less than 18 inches in length, not registered to either defendant in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT SIX
*Conspiracy to Commit Money Laundering*
18 U.S.C. § 1956(h)

Beginning on a date unknown but at least as early as January 1, 2016, and continuing up to and including the return of this indictment, in the Southern, Middle and Northern Districts of Georgia, and elsewhere, the defendants,

**WALKER CHRISTIAN FORRESTER**

**KOLBIE HADDEN WATTERS**

did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury, to commit offenses against the United States, to wit, to violate of Title 18, United States Code, Section 1956(a)(1)(A)(i).

It was a part and object of the conspiracy that the defendants would knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, to wit, conspiracy to possess with intent to distribute and to distribute controlled substances in violation of 21 U.S.C. § 846, knowing that the transactions were designed in whole or in part to promote the carrying on of that specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

All done in violation of Title 18, United States Code, Sections 1956(h).

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Five of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses set forth in Counts One through Three of this Indictment, the defendants,

**WALKER CHRISTIAN FORRESTER**

**KOLBIE HADDEN WATTERS**

**JONATHAN BRITT LESTER**

**ARMAND SANANDA SAEDI**

**LARRY OVERTON**

**MORGAN MCKENZIE SLATON**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violation, and any property used, or intended to be used in any manner or part, to commit or to facilitate the commission of the violation.

Additionally, upon conviction of the offense set forth in Count Four of this Indictment, the defendants,

**WALKER CHRISTIAN FORRESTER**

**KOLBIE HADDEN WATTERS**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and

ammunition involved in the commission of the offense(s), including but not limited to an Antonio Zoli, Model Golden Snipe, 12 gauge shotgun.

Foreperson

David H. Estes
First Assistant United States Attorney

Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

Patricia G. Rhodes
Branch Office Chief
Assistant United States Attorney
**Lead Counsel