# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

### CLERK'S MINUTES

**CASE NO.:** 1:19cr047  **DATE:** April 17, 2019

**UNITED STATES OF AMERICA**
V  **TIMES:** 12:24 - 1:10
Walker Forrester, Larry Overton, Morgan Slaton

---

**Honorable:** Brian K. Epps, United States Magistrate Judge  **Courtroom Deputy:** Courtnay Capps
**Court Reporter:** FTR  **Law Clerk/Interpreter:**
**Probation Officer:** Enoch Eller  **Security:** CSO Ficklin; USMS Brant

---

**Attorney for Government:** Patricia Rhodes

**Attorney for Defendant(s):** J. Pete Theodocion (Forrester), Michon Walker (Overton); Joe Spires (Slaton)

---

**PROCEEDINGS:** INITIAL APPEARANCE/ARRAIGNMENT

- [x] All parties present and ready to proceed
- [x] Defendant advised of rights
- [x] Defendant advised of charges and penalties
- [x] Not guilty plea entered
- [x] Defendant's Pretrial Motions due within 28 days; Government response due 14 days thereafter
- [x] Government moves for detention
- [ ] Defendant requests 5 days to prepare for Detention Hearing
- [x] Detention Hearing scheduled for: **to be determined.**
- [ ] Government requests 3 days to prepare for Detention Hearing
- [ ] Detention Hearing held

Witness for the Govt:  [ ] Witness sworn

Witness for the Deft:  [ ] Witness sworn

- [x] Defendant Detained Pending Detention Hearing
- [ ] Defendant Detained Pending Trial
- [x] Defendant remanded to custody of US Marshal

**Notes:** To confirm Defendant Larry Overton's competency, the Court will order a mental evaluation.

Detention: Forrester: Government seeks detention-detention hearing to be scheduled; Overton granted bond: $15,000 secured by 10% cash; Slaton granted bond: $10,000 secured by 10% cash.