## VERDICT

We, the jury find the defendant, _____

this _____ day of _____, 2019.

_____
*Foreman*

## PLEA

The defendant, Morgan McKenzie Slaton, waives arraignment and pleads Not Guilty

In open Court, this 17 day of April, 2019.

X _____
*Counsel for Defendant*

X _____
*Defendant*

---

No. CR **CR119-0047**

United States District Court
Southern District of Georgia

Augusta Division

UNITED STATES

vs.

WALKER CHRISTIAN FORRESTER, ET. AL.

**INDICTMENT**

FOR

21 U.S.C. § 846
21 U.S.C. § 856(a)(1)
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)
26 U.S.C. § 5861(d)
18 U.S.C. § 1956(h)

Filed in open Court this 3rd day of April, 2019.

*Sherri J. Jordan* Deputy Clerk

BOBBY L. CHRISTINE
*United States Attorney*

USA-40-21-3

---

## PLEA

The defendant(s) _____

_____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

_____

In open Court this _____ day of _____, 2019.

_____
_____
_____

Witness:
_____
*Clerk, United States Courts*