AO 247 (Rev. 11/23) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Augusta Division

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

MAY 13 2025

FILED

United States of America
v.
Walker Christian Forrester

Case No: 1:19CR00047-01

USM No: 23057-021

Date of Original Judgment: August 7, 2020
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

James Pete Theodocion
*Defendant's Former Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ **DENIED.**    ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___August 7, 2020___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 5/13/2025

*Judge's signature*

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
*Printed name and title*

Effective Date: _____
*(if different from order date)*